1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT**

| | |
|---|---|
| GINA M. MONTOYA, | Case No. CV 08-5577-JWJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

On November 12, 2008, respondent filed a Motion to Dismiss. On November 19, 2008, this Court issued a Minute Order ordering that "[a]ny Opposition [to respondent's Motion to Dismiss] shall be served and filed by December 3, 2008." To date, petitioner has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

Petitioner shall have **fourteen (14) days from the date of this Order** to show cause why he has not filed an Opposition to respondent's Motion to

1 Dismiss.  If petitioner does not file an Opposition to the Motion to Dismiss
2 or show reasonable cause for his failure to do so within fourteen days of the
3 date of this Order, the Court will deem this matter under submission and will
4 rule on respondent's Motion to Dismiss.

6 DATED:  March 24, 2009

8                                     /s/
                          JEFFREY W. JOHNSON
9                         United States Magistrate Judge

28                 2