# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MONTOYA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 08-5577-JEM<br><br>**JUDGMENT** |

　　In accordance with the Memorandum Opinion and Order Granting Defendant's Motion to Dismiss filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 8, 2009　　　　　　　　　　*/s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE